IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS EDWARD FLICK, | : | |
| Plaintiff, | : | 1:19-cv-1811 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| TIMOTHY MILLER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### September 15, 2020

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 16) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 16) to dismiss is GRANTED.

2. Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice.

3. Plaintiff's motion (Doc. 35) for reconsideration is DENIED as moot.

4. Defendants' motion (Doc. 36) for leave to depose Plaintiff is DENIED as moot.

5. The Clerk of Court is directed to CLOSE this case.

6. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
